ACCEPTED
04-14-00547-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
9/28/2015 9:03:46 AM
KEITH HOTTLE
CLERK

## NO. 04-14-00547-CV

_____

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/28/2015 9:03:46 AM
KEITH E. HOTTLE
Clerk

**IN THE COURT OF APPEALS
FOURTH SUPREME JUDICIAL DISTRICT
SAN ANTONIO, TEXAS**

_____

**IN THE INTEREST OF T.S.P., A CHILD**

_____

**APPELLANT'S FIRST MOTION
TO EXTEND DEADLINE TO FILE MOTION FOR REHEARING**

_____

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

Comes now TAD DANA PERRY, Appellant, and files this Motion to Extend Deadline to File Motion for Rehearing before the Panel, and would show the Honorable Court as follows:

1.  A motion for rehearing may be filed within 15 days from the date a judgment or order has been rendered by the Court. Rule 49.1 Tex. Rules App. Proc.

2.  The Court may extend the deadline to file a motion for rehearing if the motion is filed within 15 days from the deadline to file the motion. Rule 49.8 Tex. Rules App. Proc.

3.  The Court rendered its judgment on August 26, 2015.

4.  Appellant's deadline to file a motion for rehearing was September 10, 2015.

5.  The time allowed for the Court to extend the deadline to file a motion will expire on September 26, 2015.

6. Appellant seeks to extend the deadline to file a motion for rehearing for 30 days, to October 25, 2015.

7. Appellant did not previously have access to the necessary finances sufficient to cover costs to move for rehearing on issues not addressed in opinion, specifically the Appellee's failure of proof on conditions precedent related to medical support.

8. If remanded without further clarification of the issues related to the "determination of the amount of child support arrearages and medical support arrearages to which [Appellee] is entitled," the order to remand will relay to the trial court that this Court has concluded that Appellee is in fact entitled to the increases in medical support despite the fact that Appellee failed to prove at trial that she complied with the Court Ordered conditions precedent to the said increases. On remand, the trial court's determination is not a mere question of arrearage "recalculation". On the contrary, the trial court implicitly found that the Appellee had in fact complied with the conditions precedent to said increase in order for the Attorney General's payment record to be accurate. The Appellant's grounds for relief included the specific ground that the Appellee failed to introduce any evidence or her obliged performance of the conditions precedent as required by the Decree of Divorce. Without further clarification of the remand order, or the additional grant of relief on that specific ground, the Appellant would be back before this Court on another "abuse of discretion" claim on that specific issue after the trial court simply "calculates" the amounts due upon introduction of the Attorney General's payment

record. Appellee should not have the opportunity to make an additional attempt at providing sufficient proof of an increase in payment amount or arrearages related to medical support.

9.    The undersigned attorney has been preparing for and appearing in numerous administrative hearings and appearance, pre-trial, and trial settings in Texas district and county courts over the last 30 days.

10.   This is the first request for extension to file a motion for rehearing submitted by the Appellant in this matter.

11.   This extension of time is not sought for delay or any other dilatory purpose, but so that the Appellant can fully research the issues of this case and clearly state the points to be relied on for rehearing.

12.   The Appellant respectfully prays that the Court grant the instant Motion and extend the deadline for filing of the Appellant's Motion for Rehearing before the Panel to October 25, 2015.

Respectfully submitted,

**ROBERT BARRERA P.C.**
424 East Nueva
San Antonio, Texas 78205
Telephone: (210) 244-5811
Facsimile: (210) 224-5890

_____/S/_____
ROBERT J. BARRERA
State Bar No. 01807500

**ATTORNEY FOR APPELLANT**
**TAD DANA PERRY**

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of September, 2015 a true and correct copy of the foregoing was served on all parties in this case by fax, email, or mail.


_____/S/_____
ROBERT J. BARRERA